**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

WENDELL DAVID WILLIAMS                                               PLAINTIFF

v.                        No. 4:07CV01226 JLH

GARNETT THOMAS EISELE, *et al*.                                DEFENDANTS

## JUDGMENT

For the reasons stated in the Opinion and Order entered separately today, the petition for writ of habeas corpus of Wendell David Williams is dismissed with prejudice. All pending motions are denied as moot.

IT IS SO ORDERED this 6th day of March, 2008.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE